**CARL E. ROSTAD**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, Montana 59403-3447**
**Direct Line:   (406) 771-2001**
**Phone:   (406) 761-7715**
**FAX:   (406) 453-9973**
**Email:   Carl.Rostad@usdoj.gov**

FILED

JUN 1 9 2014

Clerk, U.S. District Court
District Of Montana
Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 14 - 46 -GF-BMM** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **FAILURE TO FILE CURRENCY TELEGRAPH TRANSACTION REPORTS** Title 31 U.S.C. §§ 5324(a)(1), 522(b) (Penalty: Five years imprisonment, $250,000 fine and three years supervised release) |
| **SHAD JAMES HUSTON,** | |
| **Defendant.** | |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

1.     At all times relevant to the Indictment, Leon's Pawn and Rental, Inc.,

and Leon's Finance, Inc., operated the commercial business known as Leon's Buy

and Sell, a pawn shop and check cashing business in Havre, Montana.

1

2.     Leon's Pawn and Rental, Inc., and Leon's Finance, Inc., were registered as Money Service Businesses with the Financial Crimes Enforcement Network, of the U.S. Department of the Treasury, and constituted a "money services business" under 31 C.F.R. 1010.100(ff)(2), and, in turn, a "financial institution" under 31 C.F.R. 1010.100(t)(3).

3.     As a domestic financial institution engaging in check cashing transactions, Leon's Pawn and Rental, Inc. and Leon's Finance, Inc. were required to file a Currency Transaction Report (CTR) each time either business engaged in a "transaction in currency" involving more than $10,000 by or on behalf of the same customer on the same day and was prohibited from "structuring" transactions or a series of transactions involving $10,000 to purposely avoid the reporting requirement.

4.     Defendant SHAD JAMES HUSTON was a Havre, Montana, businessman who controlled, either exclusively or jointly, the business affairs and financial accounts of several Havre businesses, including Leon's Pawn and Rental, Inc., and that business commonly known as Leon's Buy and Sell, and Leon's Finance, Inc., and the business commonly known as Big Sky Pawn.

FAILURE TO FILE CURRENCY TRANSACTION REPORTS

That from on or about October 27, 2010, and continuing thereafter until on or about June 22, 2011, at Havre, in the State and District of Montana, and other places,

2

the defendant, SHAD JAMES HUSTON, knowingly and willfully, and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, caused and attempted to cause a domestic financial institution to fail to file a report required under section 5313(a) of Title 31, and any regulation prescribed under any such section, on the following dates and in the following amounts:

| DATE | TRANSACTION<br>*Payee/Payor* | AMOUNT |
|---|---|---|
| October 27, 2010 | Gordon Whitford/Rocky Boy Health Board | $14,250 |
| November 30, 2010 | Leon's Finance, Inc/Hailey Belcourt | $9,500 |
| November 30, 2010 | Leon's Buy and Sell/Hailey Belcourt | $9,500 |
| November 30, 2010 | Leon's Finance, Inc/Hailey Belcourt | $1,000 |
| December 17, 2010 | Gordon Whitford/Chippewa Cree Construction Corporation | $15,000 |
| December 22, 2010 | Clayton Houle/Hunter Burns Construction | $14,800 |
| January 7, 2011 | Mervin Whitford/Chippewa Cree Tribe | $15,000 |
| April 20, 2011 | Tiffany Houle/Hunter Burns Construction | $20,000 |
| June 22, 2011 | Mervin Whitford/Chippewa Cree Construction Corporation | $20,000 |

All in violation 31 U.S.C. §§ 5324(a)(1), 5322(b).

3

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

7-24-14 @ 10:00
a.m.
Before Judge
Strong in 6F

**Crim. Summons** ✓_____

**Warrant:** _____

**Bail:** _____